PEOPLE *v.* KINARD. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 October 5, 1971, at Lansing. (Docket No. 10092.) Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Philip A. Gillis,* for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. Defendant-appellant was convicted by a jury of armed robbery contrary to MCLA § 750.529 (Stat Ann 1971 Cum Supp § 28.797). This appeal of right followed, with the people moving to affirm.

Upon a reading of the briefs and record it is manifest that the questions presented are so unsubstantial as to warrant no argument or formal submission.

Motion to affirm granted.